UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MENDIBLES,<br><br>        Petitioner,<br><br>    v.<br><br>T. LONG, Warden,<br><br>        Respondent. | Case No. EDCV 12-343 PA (JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

      IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on petitioner and counsel
for respondent.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

   DATED: April 29, 2015

   _____
   HONORABLE PERCY ANDERSON
   UNITED STATES DISTRICT JUDGE