JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR MENDIBLES, | ) | Case No. EDCV 12-343 PA (JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| T. LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 29, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

JS-6